AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Clevenger, Raymond C. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>5/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | self-employed photographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IP Section of Georgia State Bar Association | November 9-12, 2011 | Cabo St. Lucas, Mexico | CLE Conference | Transportation, Meals, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | D | Dividend | P1 | T | | | | | |
| 2. Smith Barney Managed Municipal Fund | E | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | D | Interest | L | T | | | | | |
| 4. Shawnee Village Partners Units | A | Distribution | J | W | | | | | |
| 5. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | | |
| 6. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 7. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 9. Delaware Group Tax-Free Fund | E | Interest | N | T | | | | | |
| 10. Smith Barney Daily Dividend Fund | E | Interest | N | T | | | | | |
| 11. Kansas City Southern Industries (C..S.) | A | Dividend | L | T | | | | | |
| 12. Walter Energy Inc. (C.S.) | A | Dividend | M | T | | | | | |
| 13. Enzo Biochem Inc. (C.S.) | A | Dividend | | | Sold | 12/19/11 | J | A | |
| 14. Baker Hughes Inc. (C.S.) | A | Dividend | M | T | | | | | |
| 15. Barrick Gold Corp. (C.S.) | A | Dividend | M | T | | | | | |
| 16. Ford Motor Company (C.S.) | A | Dividend | M | T | | | | | |
| 17. Mueller Water Products Inc. (C.S.) | A | Dividend | | | Sold | 10/27/11 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Weatherford International, Ltd. (C.S.) | A | Dividend | | | Sold | 6/21/11 | M | A | |
| 19. Dow Chemical Co. (C.S.) | A | Dividend | | | Sold | 07/18/11 | M | E | |
| 20. Mantech International Corp. (C.S.) | A | Dividend | L | T | | | | | |
| 21. Apple, Inc. (C.S.) | | None | M | T | Buy | 11/16/11 | M | | |
| 22. Ebay Inc. (C.S.) | | None | M | T | Buy | 7/27/11 | M | | |
| 23. Molycorp Inc. (C.S.) | | None | L | T | Buy | 10/27/11 | L | | |
| 24. | | | | | | | | | |
| 25. Merrill Lynch Basic Value Fund | A | Dividend | | | Sold | 08/22/11 | J | A | |
| 26. Merrill Lynch Global Fund | A | Dividend | | | Sold | 08/22/11 | J | A | |
| 27. Merrill Lynch Capital Growth Fund | A | Dividend | | | Sold | 08/22/11 | J | A | |
| 28. Odd Lot Fund | A | Dividend | J | T | | | | | |
| 29. Gilead Sciences Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 30. Loral Space & Communications Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 31. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 32. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 33. General Electric Co. (C.S.) | A | Dividend | J | T | | | | | |
| 34. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nokia Corp. (C.S.) | | None | | | Sold | 02/07/11 | J | A | |
| 36. Echelon Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 37. Human Genome Sciences Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 38. Tyco Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 39. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 40. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 41. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |
| 42. Bluefly Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 43. Green Energy Management Systems, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 44. Bank of America (C.S.) | A | Dividend | | | Sold | 12/01/11 | L | A | |
| 45. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 46. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 47. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 48. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 49. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 50. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 51. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 54. MBNA Corp. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 55. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Plum Creek Timber Co., Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 57. Star Scientific, Inc. (C.S.). | | None | | | Sold | 01/26/11 | J | A | |
| 58. Verizon, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 59. Keeley Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 60. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 61. Rayonier REIT Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 62. Snow Capital Management Fund | A | Dividend | J | T | | | | | |
| 63. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 64. Ishares MSCI EAFE Index Fund | | None | | | Sold | 01/26/11 | J | A | |
| 65. News Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 66. Smuckers Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 67. Dodge & Cox International Stock (C.S.) | A | Dividend | J | T | | | | | |
| 68. Fairholme Fund Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lazard Energy Markets RBL Shares | A | Dividend | J | T | | | | | |
| 70. Powershares Water Reserve Portfolio Shares | A | Dividend | J | T | | | | | |
| 71. Reeltime Rentals, Inc. (C.S.) | | None | | | Sold | 01/26/11 | J | A | |
| 72. Apple Inc. (C.S.) | | None | J | T | | | | | |
| 73. Google Inc. (C.S.) | | None | J | T | | | | | |
| 74. American Century Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 75. Cambiar Opportunity Fund | A | Dividend | J | T | | | | | |
| 76. Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 77. Eaton VNCE PRMTRC Fund | A | Dividend | | | Sold | 8/22/11 | J | A | |
| 78. Franklin Mutual Global Discovery Fund | A | Dividend | | | Sold | 8/22/11 | J | A | |
| 79. Thornburg International Value Fund | | None | | | Sold | 01/26/11 | J | A | |
| 80. Victory Diversified Stock Fund | A | Dividend | | | Sold | 8/22/11 | J | A | |
| 81. Terre Haute, IN Sanitary District Bond | A | Interest | J | T | | | | | |
| 82. Meckleburg, NC Public Improvement Bond | A | Interest | J | T | | | | | |
| 83. Adrian, MI City School District Bond | B | Interest | K | T | | | | | |
| 84. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |
| 85. Paw Paw, MI Public School District Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royal Oak, MI Hospital Authority Bond | B | Interest | K | T | | | | | |
| 87. Anchor Bay, MI School District Bond | B | Interest | K | T | | | | | |
| 88. Mercanolibre Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 89. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 90. Clough Global Equity Fund | B | Dividend | K | T | | | | | |
| 91. Clough Global Opportunity Fund | B | Dividend | L | T | | | | | |
| 92. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 93. Ishares FTSE Xinhua China Fund | A | Dividend | J | T | | | | | |
| 94. Ishares MSCI Brazil Index Fund | A | Dividend | J | T | | | | | |
| 95. Fairpoint Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 96. Frontier Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 97. American Capital World Fund | B | Dividend | L | T | | | | | |
| 98. Heitmann REIT Fund | B | Dividend | L | T | | | | | |
| 99. PIMCO Total Return Fund | B | Dividend | M | T | | | | | |
| 100. Amazon.Com Inc. (C.S.) | | None | J | T | | | | | |
| 101. Harbor International Fund (C.S.) | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 102. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | Buy | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Ivy Asset Strategy Fund (C.S.) | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 104.  Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 105.  MFS Value Fund (C.S.) | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 106.  Nuveen Build America Fund (C.S.) | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 107.  Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 108.  Vanguard Natural Resources (C.S.) | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 109.  Vale, S.A. (C.S.) | A | Dividend | J | T | Buy | 02/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544